JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL L. DAVIS, | Case No. CV10-7531-R (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| DEPUTY CHRIS POTERACKI, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: __July 19, 2011_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1